**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joe Nathan DARBY, Defendant–**
**Appellant.**

**No. 12–6585.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2012.

Decided: Dec. 27, 2012.

Joe Nathan Darby, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Nathan Darby appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reason stated by the district court. *United States v. Darby*, No. 4:05–cr–00465–RBH–1 (D.S.C. Mar. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*